**389  CLUTTON vs. CIRCUIT JUDGE** (Wayne), No. 14990, 106 M., 690.

To compel respondent to grant relator's motion for an order permitting him to discontinue a proceeding instituted by him

for a divorce, upon payment of costs, pending an application for alimony and solicitor's fees.

Denied October 22, 1895, with costs.